# Exhibit A



**Division of Human Rights**

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

COREY T. WILLIAMS,
                                Complainant,
               v.

CITY OF NEW YORK, FIRE DEPARTMENT,
                                Respondent.

DETERMINATION AFTER
INVESTIGATION

Case No.
10231159

Federal Charge No. 520-2023-03012

      On 7/21/2023, Corey T. Williams filed a complaint with the New York State Division of Human Rights ("Division"), charging the above-named Respondent with an unlawful discriminatory practice relating to employment because of race/color, creed, sex, age, opposed discrimination/retaliation in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

      After investigation, the Division has determined that it has jurisdiction in this matter and that <u>PROBABLE CAUSE</u> exists to believe that the Respondent has engaged in or is engaging in the unlawful discriminatory practice complained of.

      Pursuant to the Human Rights Law, this matter is recommended for public hearing. The parties will be advised of further proceedings.

Dated: JUN 1 0 2024

      Rochester, New York

STATE DIVISION OF HUMAN RIGHTS

By: *Julia B Day*
Julia B. Day
Regional Director