

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

> The request to adjourn the settlement conference is **GRANTED.** The Parties are instructed to correspond with Christopher Davis at WillisNYSDChambers@nysd.uscourts.gov to reschedule the conference.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> October 21, 2025

October 21, 2025

**By ECF**

Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square Room 425
New York, New York 10007

      Re: Williams v. City of New York
        1:25-cv-03944-GHW

Dear Judge Willis:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendant the City of New York ("City"), in the above-referenced action. I write to respectfully request an adjournment of the settlement conference scheduled for October 22, 2025 at 10:30 a.m. The reason for the requested adjournment is that Defendant only received settlement authority this afternoon and has not had the opportunity to provide a counteroffer to Plaintiff in advance of tomorrow's settlement conference. This is Defendant's first request for such an adjournment, and counsel for Plaintiff took no position as to this request.

  We thank the Court for its consideration of this request.

            Respectfully submitted,

            *Ilona J. Ehrlich*

            Ilona J. Ehrlich
            Assistant Corporation Counsel

cc:  All Counsel of Record (by ECF)