**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
COREY WILLIAMS,

<table>
<tr><td>                    Plaintiff,</td><td><u>**ORDER**</u></td></tr>
<tr><td>          -against-</td><td>**25-CV-3944 (GHW)**</td></tr>
<tr><td>CITY OF NEW YORK,</td><td></td></tr>
<tr><td>                    Defendant.</td><td></td></tr>
</table>

--------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Parties are scheduled for a second settlement conference on **February 12, 2026 at 10:30 AM.**

The Parties are to email updated letters to the Court by February 9, 2026 with updates in position and any new information that would be relevant to settlement and helpful for the Court to know in advance of the conference. The letters are not to exceed three pages and should be emailed to WillisNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

DATED:    New York, New York
          February 2, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge