USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

COREY WILLIAMS.,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------- X

1:25-cv-3944-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

## JUDGMENT

On August 26, 2026, Defendant City of New York filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Dkt. No. 49.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Corey Williams, has judgment against Defendant City of New York in the amount of one hundred and twenty thousand and one dollars and zero cents ($120,001.00), which is inclusive of expenses and costs but excluding attorney's fees.

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, a motion for attorney's fees must be filed no later than 14 days after the entry of judgment. If no such motion is filed within 14 days after the entry of the Rule 68 judgment, the Court will close this action.

The Clerk of Court is directed to enter judgment in favor of Plaintiff Corey Williams in the amount of $120,001.00 against Defendant City of New York.

Dated: August 26, 2026
New York, New York

GREGORY H. WOODS
United States District Judge