**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

COREY WILLIAMS,

Plaintiff,

-against-

25 **CIVIL** 3944 (GHW)

**JUDGMENT**

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order/Judgment dated August 26, 2026, Defendant City of New York filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Plaintiff Corey Williams has judgment against Defendant City of New York in the amount of one hundred and twenty thousand and one dollars and zero cents ($120,001.00), which is inclusive of expenses and costs but excluding attorney's fees.

**Dated:** New York, New York

September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**